**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**

Date: 6/16/05

Nancy Mayer-Whittington
Clerk of the Court

United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　　　　　　　　　　　RE: Mag.No: 05-282-01
　　　　　　　　　　　　　　John Martin
　　　　　　　　　　　　　　aka John-John, Little John

Dear Clerk of the Court:

　　Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Complaint | X | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | PR Bond | | |
| X | Other: Blotter dated 5/12/05. | | |

　　Please acknowledge receipt of the above documents on the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　Nancy Mayer-Whittington,
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

RECEIVED EDNY  By: _____  6/27/05
　　　　　　　　　Deputy Clerk
　　　　　　　　　L. Jackson/Magistrate Clericals